COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:  01-10-00477-CV

Trial Court Cause
Number:  0968489

Style:  Annette Douglas

**v** Anthony J. Douglas

Date motion filed[*]:  January 29, 2013

Type of motion:  Motion for Extension of Time

Party filing motion:  Appellant

Document to be filed:  Appellant's Brief

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

Original due date:  January 2, 2013

Number of previous extensions granted:  1

Date Requested:  n/a

Ordered that motion is:

☒ Granted

If document is to be filed, document due:  March 7, 2013

☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: On October 24, 2012, this Court ordered that, because appellant failed to show that she paid or made arrangements to pay the court reporter by the deadline imposed by this Court (September 5, 2012), we would consider and decide only those issues or points that do not require a reporter's record for a decision. See Tex. R. App. P. 37.3(c). Therefore, any circumstances pertaining to appellant's ability to obtain a copy of the reporter's record (including her ongoing efforts/inability to contact the court reporter) are irrelevant to the briefing schedule in this case and will NOT constitute an "extraordinary circumstance" warranting any further extensions.

Judge's signature: /s/ Justice Jim Sharp
         ☒ Acting individually  ☐ Acting for the Court

Panel consists of  _____

Date:  June 7, 2013